[No. 30076-5-III.  Division Three.  December 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL SAGE BECKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 10-1-00023-2, Rebecca M. Baker, J., entered June 24, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30078-1-III.  Division Three.  December 6, 2012.]

STEVEN V. KETCHUM, *Appellant*, v. MICKELA MILLER, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 09-2-00321-7, Ray D. Lutes, J. Pro Tem., entered April 25, 2011. *Remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30282-2-III.  Division Three.  December 6, 2012.]

GARY LOWE, *Appellant*, v. CARL ROWE, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Columbia County, No. 09-2-00011-4, Donald W. Schacht, J. Pro Tem., entered September 6, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Brown, JJ. Now published at 173 Wn. App. 253.

[No. 30510-4-III.  Division Three.  December 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ALLEN MAGGARD, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00435-6, James W. Lawler, J., entered December 13, 2010. *Reversed* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.